**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **JOHN THOMPSON, III** | **CIVIL ACTION NO. 07-1897** |
| **VS.** | **SECTION P** |
| | **JUDGE MELANÇON** |
| **WARDEN WEST BATON ROUGE** | |
| **WORK RELEASE CENTER** | **MAGISTRATE JUDGE METHVIN** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate

Judge previously filed herein, determining that the findings are correct under the

applicable law, and noting the absence of objections to the Report and

Recommendation in the record;

**IT IS ORDERED** that the petition for writ of *habeas corpus* be **DISMISSED WITH**

**PREJUDICE**.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 22nd

day of September, 2009.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE